UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEPHEN GOODWIN; WILLIAM WOLFF;   )
CHRISTOPHER COFFELT; RANDALL DER; )
DONNA FORMAN; as individuals and  )
on behalf of all others similarly )
situated and the general public,  )   2:09-cv-02685-GEB-DAD
                                  )
        Plaintiffs,               )
                                  )   ORDER CONTINUING STATUS
        v.                        )   (PRETRIAL SCHEDULING)
                                  )   CONFERENCE and FED. R. CIV.
SECURITAS SECURITY SERVICES USA,  )   P. 4(m) NOTICE
INC., a Delaware Corporation,     )
                                  )
        Defendant.                )
_____)

Plaintiffs' Status Report filed on January 15, 2010 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference ("status conference") set for February 1, 2010 is continued to March 15, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.[1]

Plaintiffs are **notified under Rule 4(m)** of the Federal Rules of Civil Procedure ("Rule 4(m)") that **Defendant Securitas Security Services USA, Inc. could be dismissed in this action under Rule 4(m) unless Plaintiffs provide proof of service and/or "show[]**

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

**good cause for the failure" to serve the Defendant within Rule 4(m)'s 120 day prescribed period, in a filing due no later than 4:00 p.m. on February 5, 2010.**

Dated: January 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge