THOMAS P. BROWN IV     SBN 97315
tbrown@browngitt.com
SHERRY B. SHAVIT     SBN 193222
sshavit@browngitt.com
BROWN GITT LAW GROUP, LLP
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone:   626.229.1919
Facsimile:    626.229.1917

Attorneys for Defendant
SECURITAS SECURITY SERVICES USA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GOODWIN; WILLIAM WOLFF; CHRISTOPHER COFFELT; RANDALL DER; DONNA FORMAN; individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.; and DOES 1 through 50,<br><br>Defendants. | CASE NO. 2: 09-CV-02685-GEB-DAD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER RE: PLAINTIFF STEPHEN GOODWIN'S NOTICE OF TAKING ORAL DEPOSITION OF SECURITAS SECURITY SERVICES USA, INC.** |

**TO THE HONORABLE COURT:**

WHEREAS on October 18, 2010, Defendant Securitas Security Services USA, Inc. ("Defendant") filed a Motion for Protective Order Re: Plaintiff Stephen Goodwin's Notice of Taking Oral Deposition of Securitas Security Services USA, Inc. with a hearing date of November 12, 2010;

WHEREAS since then, Defendant's lead trial counsel, Thomas P. Brown IV, has encountered a conflict with this hearing date;

WHEREAS Defendant has met and conferred with counsel for Plaintiffs, who has agreed to continue the hearing date on the motion to the following week, on November 19, 2010;

- 1 -
JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER

THE PARTIES STIPULATE AS FOLLOWS:

The hearing on Defendant's Motion for Protective Order Re: Plaintiff Stephen Goodwin's Notice of Taking Oral Deposition of Securitas Security Services USA, Inc. shall be continued to November 19, 2010 at 10:00 a.m. before the Honorable Dale A. Drozd in Department 27.

DATED: October 27, 2010     BROWN GITT LAW GROUP, LLP

By: _____
THOMAS P. BROWN IV
SHERRY B. SHAVIT
Attorneys for Defendant
SECURITAS SECURITY SERVICES
USA, INC.

DATED: October 27, 2010     MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

By: _____
David P. Mastagni
David E. Mastagni
James B. Carr
Isaac S. Stevens
David D. King
Attorneys for Plaintiffs
STEPHEN GOODWIN, WILLIAM WOLFF, CHRISTOPHER COFFELT, RANDALL DER and DONNA FORMAN

IT IS SO ORDERED.

Dated: October 28, 2010.

_____
Dale A. Drozd
United States Magistrate Judge

Ddad1\orders.civil\goodwin2685.stipord.contmpo

- 2 -
JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER