IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN GOODWIN, et al.,

        Plaintiffs,                CIV S-09-2685 GEB DAD

        v.

SECURITAS SECURITY
SERVICES USA, INC., et al.,

        Defendants.             <u>ORDER AFTER HEARING</u>

      /

        This matter came before the court on November 19, 2010, for hearing on the motion for protective order filed by defendant Securitas Security Services USA, Inc. regarding plaintiffs' notice of taking the defendant's deposition.  Thomas P. Brown, IV, Esq. appeared telephonically for the moving party, and Isaac S. Stevens, Esq. appeared for plaintiffs.

        As set forth more fully on the record, IT IS ORDERED that defendant's motion for protective order (Doc. No. 16) is denied as moot because the pre-class certification discovery sought by plaintiff was untimely under the Status (Pretrial Scheduling) Order issued in this case. (<u>See</u> Doc. No. 10 at 1 & 2 n.1.)

DATED: November 22, 2010.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\goodwin2685.oah.111910