1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    ISAAC S. STEVENS, ESQ. (SBN 251245)
     **MASTAGNI, HOLSTEDT, AMICK,**
3    **MILLER & JOHNSEN**
     *A Professional Corporation*
4    1912 "I" Street
     Sacramento, California 95811-3151
5
     Telephone: (916) 446-4692
6    Facsimile: (916) 447-4614

7    Attorneys for Plaintiffs

8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11   STEPHEN GOODWIN, *et al.*,              )   CASE NO. 2:09-CV-02685-GEB-DAD
                                             )
12             Plaintiffs                    )   **STIPULATION    REGARDING**
                                             )   **APPROVAL   OF   SETTLEMENT**
13             v.                            )   **AGREEMENT   AND   DISMISSAL**
                                             )   **WITH PREJUDICE AND ORDER**
14   SECURITAS SECURITY SERVICES USA,        )   **THEREON**
     INC.,                                   )
15                                           )
               Defendant.                    )
16                                           )

17

18                                  **STIPULATION**
     The parties to the above captioned action hereby stipulate as follows:
19
          1.    Plaintiffs STEPHEN GOODWIN, *et al.* (collectively "Plaintiffs") are presently or were
20
                previously employed by Securitas Security Services USA, Inc. ("Defendant"). Plaintiffs
21
                and the Defendant shall be collectively referred to as "Parties" herein.
22
          2.    Plaintiffs filed the above-captioned action ("Action") on behalf of themselves and others
23
                similarly situated alleging violations of the Fair Labor Standards Act (29 U.S.C. § 201
24
                et seq.) ("FLSA"). The Court has jurisdiction over the subject matter of this action and
25
                over the Parties.
26
          3.    The Defendant filed an Answer to the Complaint denying its material allegations and
27
                asserting affirmative defenses thereto.
28

---

4.    The Parties dispute the applicability of the FLSA to the facts as alleged in the Complaint.

5.    The Parties have engaged in extensive negotiations in an attempt to resolve their differences, and throughout these negotiations all Parties were, and continue to be, represented by experienced counsel.

6.    The Parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore reached an agreement. The terms of the Parties' agreement are embodied in the Settlement Agreement, Confidentiality Agreement, and Release ("Settlement Agreement") that all Parties have executed. A copy of the Settlement Agreement is attached hereto and incorporated herein.

7.    Courts have determined that the provisions of the FLSA are mandatory and cannot generally be abridged by contract or otherwise waived. (See, e.g., *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982).)

8.    However, when employees bring a private action for compensation under the FLSA, and present the district court a proposed settlement, the district court may enter a judgment after scrutinizing the settlement for fairness. (*Id*. at p. 1353). By entering into this Stipulation and requesting Court approval, the Parties do not intend that the Court should make any findings or determinations regarding the law.

IT IS THEREFORE STIPULATED, by and between the Parties, through their respective counsel, that:

1.    The Settlement Agreement contains a fair and just negotiated resolution to the current dispute between the parties in this case;

2.    The Court should approve the Settlement Agreement by signing the Order set forth below;

3.    The Court should reserve jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

4.    Upon the Court's approval of the Settlement Agreement, this Action should be dismissed with prejudice.

1   Dated: April 5, 2012                    **MASTAGNI, HOLSTEDT, AMICK,**
                                            **MILLER & JOHNSEN**
2

3                                               */s/ Isaac S. Stevens*
                                            By Isaac S. Stevens
4                                           Attorneys for Plaintiffs

5   Dated: April 5, 2012                    **BROWN GITT LAW GROUP**, LLP

6

7                                               */s/*
                                            By Tom P. Brown IV
                                            Attorneys for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant Exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.     The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

2.     The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

3.     The Court has made no findings or determination regarding the law, and this Stipulation and Order and any exhibits and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law;

4.     This Action is hereby dismissed with prejudice. The Clerk shall close this file.

Dated: April 13, 2012.

_____
UNITED STATES DISTRICT JUDGE